NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$420,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | Case No. 5:19-CV-01197<br><br>WARRANT |

    TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

    A Complaint for Forfeiture having been filed in this action,

///

  IT IS ORDERED that you seize the defendant, $420,000.00 in U.S. currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

  YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:    6/28/2019

KIRY K. GRAY, Clerk

*S. Hunt*
Deputy Clerk