UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$420,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | No. 5:19-CV-01197 JAK (FFMx)<br><br>**ORDER RE STIPULATION AND REQUEST FOR ORDER DISMISSING ACTION (DKT. 35)**<br><br>**JS-6** |
| RODRIGO ALVAREZ-CARBAJAL,<br>MELANIA DE JESUS NUNEZ-VILLEGAS<br>and DTIS BLOOMINGTON, LLC,<br><br>　　　　Claimants. | |

Based on a review of the parties' Stipulation and Request for Order Dismissing Action (the "Stipulation" (Dkt. 35)), this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

April 4, 2022
Date

John A. Kronstadt
United States District Judge